(Republish.)

FRANCIS W. RUZICKA et al., Doing Business as RUZICKA'S, Appellants, v. EDWARD RAGER, Respondent. EDWARD RAGER, Respondent, v. FRANCIS W. RUZICKA et al., Appellants, et al., Defendants. (Consolidated Appeals.) — (See memorandum opinions in *Ruzicka* v. *Rager, ante,* p. 1061, decided herewith.) Settle order on notice. Present — Peck, P. J., Dore, Callahan and Shientag, JJ. [See *ante,* p. 1061.]

(May 27, 1952.)

IDA WALKER, Appellant, v. NEW YORK LIFE INSURANCE COMPANY, Respondent.— No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ. [199 Misc. 362.] [See 280 App. Div. 863.]

In the Matter of the Construction of the Will of BERTA VON ISENBURG, Deceased. CITY BANK FARMERS TRUST COMPANY, as Trustee under the Will of BERTA VON ISENBURG, Deceased, et al., Appellants-Respondents; CITY BANK FARMERS TRUST COMPANY, as Trustee under an Assignment Made by ROBIN B. COCKSEDGE and Another, Intervener, Appellant; JOHN LANE, as Special Guardian for MURRAY DE KLEE and Another, Infants, Respondent-Appellant; PHYLLIS D. FAILLE, Intervener, Respondent. We think that under the circumstances presented in this case, with correspondence between decedent and her attorneys stipulated into evidence, that decedent's letter of January 2, 1939, completing the chain of correspondence and transmitting the will, was admissible. We do not rest our decision on this letter, but it does serve explicitly to confirm an intention with respect to the disposition of her property which was implicit in decedent's will and actions. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ. [See 280 App. Div. 766.]

In the Matter of 649 MADISON AVENUE CORPORATION, Respondent, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Appellants. [649–651 Madison Ave., Borough of Manhattan.] — No opinion. Settle order on notice. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ.

THE PEOPLE OF THE STATE OF NEW YORK EX REL. 649 MADISON AVENUE CORPORATION, Appellant, against HARRY B. CHAMBERS et al., Constituting the Tax Commission of the City of New York, Respondents. [649–651 Madison